IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

CHAD WILLIAMS,

     Plaintiff,

v.                                      CASE NO. 1:09-cv-00140-MP-AK

MICHAEL J ASTRUE,

     Defendant.

_____/

**O R D E R**

     This matter is before the Court on Doc. 11, Motion for Attorney Fees Pursuant to the

Equal Access to Justice Act by Chad Williams.  The government does not oppose the request.

Doc. 13.  Accordingly, it is hereby

     **ORDERED AND ADJUDGED:**

     Plaintiff is awarded $1,044.00 attorney's fees under the Equal Access to Justice Act, in
association with the prosecution of the above-styled case.

     **DONE AND ORDERED** this  *15th*  day of December, 2009

_____*s/Maurice M. Paul*_____
Maurice M. Paul, Senior District Judge